1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11

12   BOARD OF TRUSTEES OF THE              Case No.: 4:17-cv-06474-HSG
     LABORERS HEALTH AND WELFARE
13   TRUST FUND FOR NORTHERN              [PROPOSED] MANDATORY
     CALIFORNIA; BOARD OF TRUSTEES OF     INJUNCTION
14   THE LABORERS PENSION TRUST FUND
     FOR NORTHERN CALIFORNIA; BOARD
15   OF TRUSTEES OF THE LABORERS
     VACATION-HOLIDAY TRUST FUND FOR
16   NORTHERN CALIFORNIA; and BOARD OF
     TRUSTEES OF THE LABORERS TRAINING
17   AND RETRAINING TRUST FUND FOR
     NORTHERN CALIFORNIA,
18
                     Plaintiffs,
19
          vs.
20
     JUAN MANUEL LOZA, an individual doing
21   business as LOZA & SONS
     CONSTRUCTION,
22
                     Defendant.
23

24        This Court having granted plaintiffs' motion for a mandatory injunction, defendant Juan

25   Manuel Loza is hereby ORDERED to submit to an audit of the books and records of Loza &

26   Sons Construction, allowing the auditor to examine and copy such books, records, papers, and

27   reports of Loza & Sons Construction that are relevant to the enforcement of the collective

28   bargaining agreement and trust agreements as described in the Report and Recommendation.

                                        – 1 –

This includes, but is not limited to, the following for the period of August 2012 through the present:

California Quarterly Report of Wages, Form DE-6; Federal Tax Forms W-3/W-2 and 1069/1099; Payroll Registers/Journals; Individual Earning Records; Source Records, including time cards and time card summaries for all employees; contribution reports for all trust funds; workers' compensation reports; certified payroll reports; personnel records indicating job classifications and hire/termination dates; cash disbursement journal; vendor invoices; copies of subcontract agreements; cash receipts journal; general ledger; job cost records; records of related entities; and any other books and records that may be necessary to complete the auditor's determination or provide additional explanation.

Defendant Juan Manuel Loza shall **immediately** contact Joe Shepherd at 707.384.0891 to arrange for the audit; **and** defendant Juan Manuel Loza shall contact plaintiffs' attorney C. Todd Norris at 415.352.2720 immediately thereafter to confirm the date of the audit.

**IT IS SO ORDERED.**

DATED: _____ August 15, 2018

_____
UNITED STATES DISTRICT COURT JUDGE

4825-3819-0688.1

MANDATORY INJUNCTION