Ronald L. Richman (SBN 139189)
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104-4146
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-mail:ron.richman@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>JUAN MANUEL LOZA, an individual doing business as LOZA & SONS CONSTRUCTION,<br><br>Defendant. | Case No.: 4:17-cv-06474-HSG<br><br>**WARRANT FOR THE ARREST OF JUAN MANUEL LOZA, A PARTY TO THIS CIVIL ACTION**<br><br>DATE; September 5, 2019<br>TIME: 2:00 p.m.<br>COURTROOM: 2, 4th Floor<br>1301 Clay Street<br>Oakland, CA<br>BEFORE: Hon. Haywood S. Gilliam |

**TO: ANY AUTHORIZED LAW ENFORCEMENT OFFICER:**

**YOU ARE COMMANDED** to arrest and bring before this Court defendant Juan Manuel Loza, a party who has been personally served with lawful orders of this court, and who has disobeyed said orders. 18 U.S.C. §401(3). The last known address of defendant Juan Manuel Loza is 1179 140th Avenue, San Leandro, CA 94578.

**YOU ARE FURTHER COMMANDED** to detain this individual until this court orders discharge from custody.

DATED:  9/4/2019

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge

City and State:  Oakland, California

---

**Return**

This warrant was received on (date) _____ and the person was arrested on (date) _____ at (city and state) _____.

DATED: _____, 2019

_____