United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>JUAN MANUEL LOZA,<br><br>    Defendant. | Case No. 17-cv-06474-HSG<br><br>RELEASE ORDER |

IT IS ORDERED that the United States Marshal release from his custody Loza, defendant in the above-cited action.

**IT IS SO ORDERED.**

Dated: 9/16/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge