# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.<br><br>Plaintiff(s)<br>v.<br>JUAN MANUEL LOZA, an individual doing business as LOZA & SONS CONSTRUCTION<br><br>Defendant(s) | CASE No C 17-06474-HSG<br><br>STIPULATION AND ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☒ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

☒ the presumptive deadline (*90 days from the date of the order referring the case to ADR*)

☐ other requested deadline:

Date: March 10, 2020          */s/ Ronald L. Richman*
                                 Attorney for Plaintiffs
                                 RONALD L. RICHMAN

Date: March 10, 2020          */s/ Paul V. Simpson*
                                 Attorney for Defendant
                                 PAUL V. SIMPSON

[X] IT IS SO ORDERED.
[ ] IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 3/13/2020

_____
U.S. DISTRICT JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

{32673-1 00501248.DOCX 1 }Form ADR-Stip rev. 1-15-2019          4818-9512-8503.1 29512/00267

