Ronald L. Richman (SBN 139189)
Sarah Bowen (SBN 308633)
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA   94104-4146
Telephone:  415.352.2700
Facsimile:  415.352.2701
E-mail:ron.richman@bullivant.com
        sarah.bowen@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>JUAN MANUEL LOZA, an individual doing business as LOZA & SONS CONSTRUCTION,<br><br>                    Defendant. | Case No.: 4:17-cv-06474-HSG<br><br>**STIPULATION TO CONTINUE ENE; ORDER THEREON**<br><br>**BEFORE:    Hon. Haywood S. Gilliam**, Jr. |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between the parties, through their respective

counsel, that the ENE scheduled for June 8, 2020 be continued for sixty (60) days, on the

following ground.

1    On June 1, 2020 the parties held an initial ENE conference call with William Helvestine,

2  the Evaluator assigned to this case.  During the initial ENE conference, the parties advised the

3  Evaluator that the parties continue to work together, without utilizing formal discovery, in an

4  attempt to resolve the outstanding issues.

5    The remaining issues pertain to a recent audit conducted by plaintiff Laborers Trust

6  Funds.  Portions of the audit are in dispute.  The parties continue to exchange information and

7  documentation to resolve the issues related to the audit.  The parties anticipate needing an

8  additional sixty (60) days to complete their respective review and potential adjustments to the

9  audit, and continue to discuss and narrow down, or potentially resolve, any remaining issues

10  with respect to the audit.  If the parties are unable to resolve the dispute regarding the audit, the

11  parties are confident that they will have narrowed both the factual and legal issues to be

12  presented at the ENE.

13    Based on the above, the parties believe it is in the best interests of this litigation to

14  continue the ENE completion date for sixty (60) days.

15    Pursuant to General Order 72-3, the parties intend to conduct the ENE via a Zoom

16  conference or other web conference.

17  DATED:  June 1, 2020                                DATED:  June 1, 2020

18  Respectfully Submitted,                             Respectfully Submitted,

19  BULLIVANT HOUSER BAILEY PC          SIMPSON, GARRITY, INNES & JACUZZI
                                                        Professional Corporation
20  By:     /s/ *Ronald L. Richman*
            RONALD L. RICHMAN                  By:     /s/ *Paul V. Simpson*
21          SARAH BOWEN                                PAUL V. SIMPSON
22          Attorneys for Plaintiffs                   SEAN R. BRODERICK
            Board of Trustees, et al.                  Attorneys for Defendant
23                                                     Juan Manuel Loza dba Loza & Sons
                                                       Construction
24

25

26

27

28

1

## __ORDER__

2

Based on the parties' Stipulation and good cause appearing,

3

IT IS HEREBY ORDERED that the parties shall complete Early Neutral Evaluation by

4

August 10, 2020.

5

DATED:  6/2/2020

6

7

By: _____

8

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE ENE; ORDER THEREON