Ronald L. Richman (SBN 139189)
Sarah Bowen (SBN 308633)
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA  94104-4146
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-mail:ron.richman@bullivant.com
       sarah.bowen@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>JUAN MANUEL LOZA, an individual doing business as LOZA & SONS CONSTRUCTION,<br><br>Defendant. | Case No.: 4:17-cv-06474-HSG<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND RETENTION OF JURISDICTION; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiffs, on the one hand, and Defendant Juan Manuel Loza, an individual doing business as Loza & Sons Construction, on the other hand, through their respective counsel, that pursuant to the Settlement Agreement and Release ("Agreement"), which is expressly incorporated by reference into this Stipulation for Dismissal Without Prejudice and Retention of Jurisdiction, that this Court dismiss this action,

without prejudice, and retain jurisdiction over this matter to enforce the Agreement should any action be required to enforce the Agreement after the dismissal without prejudice is entered by the Court.

DATED:  July 27, 2020

                        BULLIVANT HOUSER BAILEY PC

                        By  */s/ Ronald L. Richman*
                            Ronald L. Richman
                            Sarah Bowen

                        Attorneys for Plaintiffs

DATED:  July 27, 2020

                        SIMPSON, GARRITY, INNES & JACUZZI PC

                        By  */s/ Paul V. Simpson*
                            Paul V. Simpson
                            Sean Broderick

                        Attorneys for Defendant

# ORDER

Pursuant to the parties' Stipulation and Agreement, which terms and conditions are fully incorporated herein by this reference, and good cause appearing:

IT IS HEREBY ORDERED that this matter is dismissed, without prejudice.

IT IS FURTHER ORDERED that this Court shall expressly retain jurisdiction over this matter to enforce the Agreement should any action be required to enforce the Agreement after the dismissal without prejudice is entered by the Court. See, generally, *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 357, 381 (1994); *Hagestad v. Tragesser,* 49 F.3d 1430, 1432 (9th Cir. 1995).

DATED: 7/29/2020

By /s/ Haywood S. Gilliam Jr.
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE